IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANN L. BRESLIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 05-290 (JJF) |
| v. | : | |
| | : | |
| STATE OF DELAWARE | : | JURY TRIAL DEMANDED |
| DEPARTMENT OF NATURAL | : | |
| RESOURCES AND ENVIRONMENTAL | : | |
| CONTROL, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Jeffrey K. Martin, Esquire of Margolis Edelstein, for Keri L. Morris, Esquire, formerly of Margolis Edelstein, counsel for Plaintiff in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorney for Plaintiff

Dated: November 9, 2005

Case 1:05-cv-00290-GMS   Document 5   Filed 11/09/2005   Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN, | : |
| Plaintiff, | : |
| | : C.A. NO. 05-290 (JJF) |
| v. | : |
| STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL, | : JURY TRIAL DEMANDED |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on November 9, 2005, I electronically filed *Substitution of Counsel* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Valerie S. Csizmadia, DAG
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE  19801

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE  19806