

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:*
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

LORI A. BREWINGTON, ESQUIRE
lbrewington@margolisedelstein.com

December 29, 2005

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      **RE:**   **Breslin v. DNREC**
              **C.A. No. 05-290 (GMS)**

Dear Judge Sleet:

    I represent the plaintiff, Ann Breslin, in this matter. On behalf of counsel for both parties, I am writing to respectfully request a continuance of the scheduling conference set for Wednesday, January 4, 2006 at 11:00 a.m., due to our respective workloads, and our inability to file the joint status report in a timely manner

    Thank you for your consideration of this matter.

Respectfully yours,

LORI A. BREWINGTON

LAB:kg
cc: Valerie S. Csizmadia, DAG