IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANN L. BRESLIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 05-290 (GMS) |
| v. | : | |
| | : | |
| STATE OF DELAWARE | : | JURY TRIAL DEMANDED |
| DEPARTMENT OF NATURAL | : | |
| RESOURCES AND ENVIRONMENTAL | : | |
| CONTROL, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Lori A. Brewington, Esquire of Margolis Edelstein as counsel for Plaintiff in the above-captioned matter.

                  MARGOLIS EDELSTEIN

                  Jeffrey K. Martin, Esquire (#2407)
                  Lori A. Brewington, Esquire (#4522)
                  1509 Gilpin Avenue
                  Wilmington, DE  19806
                  302-777-4680
                  Attorneys for Plaintiff

Dated:  January 26, 2006

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN, : | |
| : | |
| Plaintiff, : | |
| : | C.A. NO. 05-290 (GMS) |
| v. : | |
| : | |
| STATE OF DELAWARE : | JURY TRIAL DEMANDED |
| DEPARTMENT OF NATURAL : | |
| RESOURCES AND ENVIRONMENTAL : | |
| CONTROL, : | |
| : | |
| Defendant. : | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on January 27, 2006, I electronically filed *Entry of Appearance* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Valerie S. Csizmadia, DAG
Department of Justice
102 West Water Street
Dover, DE  19904-6750

MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE  19806