IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANN L. BRESLIN, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-290 (GMS) |
| | ) | |
| STATE OF DELAWARE, DEPARTMENT | ) | **JURY TRIAL DEMANDED** |
| OF NATURAL RESOURCES AND | ) | |
| ENVIRONMENTAL CONTROL, | ) | |
| | ) | |
|         Defendant. | ) | |

### NOTICE OF DEPOSITION

TO:    Lori A. Brewington, Esquire
           Margolis Edelstein
           1509 Gilpin Avenue
           Wilmington, DE   19806

      PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned attorney will take the oral deposition of Ann Breslin on Friday, April 7, 2006, at the Office of the Delaware Attorney General, Civil Division, 3rd Floor, 102 W. Water Street, Dover, Delaware.  The deposition will begin at 10:00 and shall continue until completed.

                                    STATE OF DELAWARE
                                    DEPARTMENT OF JUSTICE

Dated:  March 9, 2006                 /s/Valerie S. Csizmadia
                                                 Valerie S. Csizmadia, I.D. No. 3937
                                                 Deputy Attorney General
                                                 102 W. Water Street, 3rd Floor
                                                 Dover, Delaware   19904
                                                 (302) 739-4636
                                                 Attorney for DNREC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANN L. BRESLIN, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-290 (GMS) |
| | ) | |
| STATE OF DELAWARE, DEPARTMENT | ) | **JURY TRIAL DEMANDED** |
| OF NATURAL RESOURCES AND | ) | |
| ENVIRONMENTAL CONTROL, | ) | |
| | ) | |
|         Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Valerie S. Csizmadia, do hereby certify that on March 9, 2006, I electronically filed the attached Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Lori A. Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE   19806

And also mailed a copy by 1st class mail.

                                                            STATE OF DELAWARE
                                                            DEPARTMENT OF JUSTICE

Dated:  March 9, 2006                                       /s/Valerie S. Csizmadia
                                                            Valerie S. Csizmadia, I.D. No. 3937
                                                            Deputy Attorney General
                                                            102 W. Water Street, 3rd Floor
                                                            Dover, Delaware   19904
                                                            (302) 739-4636
                                                            Attorney for DNREC