## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANN L. BRESLIN, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-290 (GMS) |
| | ) | |
| STATE OF DELAWARE, DEPARTMENT | ) | **JURY TRIAL DEMANDED** |
| OF NATURAL RESOURCES AND | ) | |
| ENVIRONMENTAL CONTROL, | ) | |
| | ) | |
|       Defendant. | ) | |

### RE-NOTICE OF DEPOSITION

TO:    Lori A. Brewington, Esquire
          Margolis Edelstein
          1509 Gilpin Avenue
          Wilmington, DE   19806

PLEASE TAKE NOTICE that, at the request of the Plaintiff, the oral deposition of Ann Breslin previously scheduled for Friday, April 7, 2006 at the Office of the Delaware Attorney General, Civil Division, 3rd Floor, 102 W. Water Street, Dover, Delaware, has been rescheduled to Wednesday, April 12, 2006.   The deposition will begin at 11:00 a.m. and shall continue until completed.

                                                  STATE OF DELAWARE
                                                  DEPARTMENT OF JUSTICE

Dated:  April 6, 2006                            /s/Valerie S. Csizmadia
                                                  Valerie S. Csizmadia, I.D. No. 3937
                                                  Deputy Attorney General
                                                  102 W. Water Street, 3rd Floor
                                                  Dover, Delaware   19904
                                                  (302) 739-4636
                                                  Attorney for DNREC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANN L. BRESLIN,                    )  | |
|         Plaintiff,           ) | |
|                                              ) | |
| v.                                         ) | C.A. No. 05-290 (GMS) |
|                                              ) | |
| STATE OF DELAWARE, DEPARTMENT ) | **JURY TRIAL DEMANDED** |
| OF NATURAL RESOURCES AND ) | |
| ENVIRONMENTAL CONTROL,    ) | |
|                                              ) | |
|         Defendant.          ) | |

**CERTIFICATE OF SERVICE**

I, Valerie S. Csizmadia, do hereby certify that on April 6, 2006, I electronically filed the attached Re-Notice of Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Lori A. Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE  19806

And also mailed a copy by 1st class mail.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

Dated:  April 6, 2006

/s/Valerie S. Csizmadia
Valerie S. Csizmadia, I.D. No. 3937
Deputy Attorney General
102 W. Water Street, 3rd Floor
Dover, Delaware  19904
(302) 739-4636
Attorney for DNREC