IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN,              )<br>                              )<br>   Plaintiff,             )<br>                              )<br>   v.                         )<br>                              )<br>STATE OF DELAWARE             )<br>DEPARTMENT OF NATURAL         )<br>RESOURCES & ENVIRONMENTAL )<br>CONTROL,                      )<br>                              )<br>   Defendant.            )  | C. A. No. 05-0290-GMS |

**NOTICE OF SERVICE OF DEFENDANT'S**
**FIRST SET OF INTERROGATORIES  DIRECTED TO PLAINTIFF**

TO:   Lori A. Brewington, Esquire
      Margolis Edelstein
      1509 Gilpin Avenue
      Wilmington, DE  19806

   PLEASE TAKE NOTICE that Defendant's First Set of Interrogatories Directed to Plaintiff was served on Plaintiff's Attorney by mail on June 20, 2006.

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE


Dated:  June 20, 2006                    /s/Valerie S. Csizmadia
                                        Valerie S. Csizmadia, I.D. No. 3937
                                        Deputy Attorney General
                                        102 W. Water Street, 3rd Floor
                                        Dover, Delaware  19904
                                        (302) 739-4636
                                        Attorney for DNREC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANN L. BRESLIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-290 (GMS) |
| | ) | |
| STATE OF DELAWARE, DEPARTMENT | ) | **JURY TRIAL DEMANDED** |
| OF NATURAL RESOURCES AND | ) | |
| ENVIRONMENTAL CONTROL, | ) | |
| | ) | |
|     Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Valerie S. Csizmadia, do hereby certify that on June 20, 2006, I electronically filed the Notice of Service of Defendant's First Set of Interrogatories Directed to Plaintiff and the original Interrogatories were deposited in the mail to Plaintiff's attorney at the following address:

    Lori A. Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE   19806

                            STATE OF DELAWARE
                            DEPARTMENT OF JUSTICE

Dated:  June 20, 2006                      /s/Valerie S. Csizmadia
                                                       Valerie S. Csizmadia, I.D. No. 3937
                                                       Deputy Attorney General
                                                       102 W. Water Street, 3rd Floor
                                                       Dover, Delaware   19904
                                                       (302) 739-4636
                                                       Attorney for DNREC