IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C. A. No. 05-0290-GMS |
| | ) |
| STATE OF DELAWARE | ) |
| DEPARTMENT OF NATURAL | ) |
| RESOURCES & ENVIRONMENTAL | ) |
| CONTROL, | ) |
| | ) |
|     Defendant. | ) |

NOTICE OF SERVICE OF DEFENDANT'S
FIRST REQUEST FOR ADMISSIONS DIRECTED TO PLAINTIFF

TO:    Lori A. Brewington, Esquire
          Margolis Edelstein
          1509 Gilpin Avenue
          Wilmington, DE   19806

    PLEASE TAKE NOTICE that Defendant's First Request for Admissions Directed to Plaintiff was served on Plaintiff's Attorney by mail on June 20, 2006.

                                    STATE OF DELAWARE
                                    DEPARTMENT OF JUSTICE

Dated: June 20, 2006                  /s/Valerie S. Csizmadia
                                    Valerie S. Csizmadia, I.D. No. 3937
                                    Deputy Attorney General
                                    102 W. Water Street, 3rd Floor
                                    Dover, Delaware   19904
                                    (302) 739-4636
                                    Attorney for DNREC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANN L. BRESLIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-290 (GMS) |
| | ) | |
| STATE OF DELAWARE, DEPARTMENT | ) | **JURY TRIAL DEMANDED** |
| OF NATURAL RESOURCES AND | ) | |
| ENVIRONMENTAL CONTROL, | ) | |
| | ) | |
|     Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Valerie S. Csizmadia, do hereby certify that on June 20, 2006, I electronically filed the Notice of Service of Defendants First Request for Admissions Directed to Plaintiff and the original Production request was deposited in the mail to Plaintiff's attorney at the following address:

    Lori A. Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE   19806

                          STATE OF DELAWARE
                          DEPARTMENT OF JUSTICE

Dated:  June 20, 2006                /s/Valerie S. Csizmadia
                                       Valerie S. Csizmadia, I.D. No. 3937
                                         Deputy Attorney General
                                         102 W. Water Street, 3rd Floor
                                         Dover, Delaware   19904
                                         (302) 739-4636
                                         Attorney for DNREC