## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-0290-GMS |
| | ) |
| STATE OF DELAWARE | ) |
| DEPARTMENT OF NATURAL | ) |
| RESOURCES & ENVIRONMENTAL | ) |
| CONTROL, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF DEFENDANT'S
### FIRST REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF

TO:   Lori A. Brewington, Esquire
      Margolis Edelstein
      1509 Gilpin Avenue
      Wilmington, DE   19806

   PLEASE TAKE NOTICE that Defendant's First Request for Production Directed to Plaintiff was served on Plaintiff's Attorney by mail on June 20, 2006.

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE


Dated:  June 20, 2006                    /s/Valerie S. Csizmadia
                                        Valerie S. Csizmadia, I.D. No. 3937
                                        Deputy Attorney General
                                        102 W. Water Street, 3rd Floor
                                        Dover, Delaware   19904
                                        (302) 739-4636
                                        Attorney for DNREC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN,            )<br>          Plaintiff,        )<br>                              )<br>v.                            )<br>                              )<br>STATE OF DELAWARE, DEPARTMENT )<br>OF NATURAL RESOURCES AND    )<br>ENVIRONMENTAL CONTROL,      )<br>                              )<br>          Defendant.        ) | C.A. No. 05-290 (GMS)<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, Valerie S. Csizmadia, do hereby certify that on June 20, 2006, I electronically filed the Notice of Service of Defendants First Request for Production Directed to Plaintiff and the original Production request was deposited in the mail to Plaintiff's attorney at the following address:

    Lori A. Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE   19806

                      STATE OF DELAWARE
                      DEPARTMENT OF JUSTICE

Dated:  June 20, 2006              /s/Valerie S. Csizmadia
                                    Valerie S. Csizmadia, I.D. No. 3937
                                    Deputy Attorney General
                                    102 W. Water Street, 3rd Floor
                                    Dover, Delaware   19904
                                    (302) 739-4636
                                    Attorney for DNREC