IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN, | : |
| Plaintiff, | : |
| | : C.A. NO. 05-290 (GMS) |
| v. | : |
| | : |
| STATE OF DELAWARE | : JURY TRIAL DEMANDED |
| DEPARTMENT OF NATURAL | : |
| RESOURCES AND ENVIRONMENTAL | : |
| CONTROL, | : |
| Defendant. | : |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of the following people on Friday, June 23, 2006 at DNREC Offices, 391 Lukens Drive, New Castle, Delaware 19720 as follows:

10:00 a.m.    PAUL WILL

01:00 p.m.    ALEX RITTBERG

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff Ann L. Breslin

Dated: June 22, 2006