IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>STATE OF DELAWARE<br>DEPARTMENT OF NATURAL<br>RESOURCES AND ENVIRONMENTAL<br>CONTROL,<br><br>　　Defendant. | :<br>:<br>:<br>:    C.A. NO. 05-290 (JJF)<br>:<br>:<br>:    JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on June 22, 2006, I electronically filed *Notice of Deposition of Paul Will and Alex Rittberg* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Valerie S. Csizmadia, DAG
Department of Justice
102 West Water Street
Dover, DE  19904-6750

　　　　　　　　　　　　　　　　　　　MARGOLIS EDELSTEIN

　　　　　　　　　　　　　　　　　　　/s/ Lori A. Brewington
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jeffrey K. Martin, Esquire (#2407)
　　　　　　　　　　　　　　　　　　　Lori A. Brewington, Esquire (#4656)
　　　　　　　　　　　　　　　　　　　1509 Gilpin Avenue
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19806
　　　　　　　　　　　　　　　　　　　(302) 777-4680 phone
　　　　　　　　　　　　　　　　　　　(302) 777-4682 facsimile
　　　　　　　　　　　　　　　　　　　jmartin@margolisedelstein.com
　　　　　　　　　　　　　　　　　　　lbrewington@margolisedelstein.com
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Ann L. Breslin

Dated:  June 22, 2006