IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN, | : |
| Plaintiff, | : |
| v. | : C.A. NO. 05-290 (GMS) |
| STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL, | : JURY TRIAL DEMANDED |
| Defendant. | : |

## NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of the following people on Monday, June 26, 2006 at the offices of Margolis Edelstein at 1509 Gilpin Avenue, Wilmington, Delaware 19806 as follows:

10:00 a.m.     Linda McCloskey

01:00 p.m.     Keith Robertson (Telephonically at Margolis Edelstein)

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff Ann L. Breslin

Dated: June 23, 2006