IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN, : | |
| : | |
| Plaintiff, : | |
| : | C.A. NO. 05-290 (GMS) |
| v. : | |
| : | |
| STATE OF DELAWARE : | JURY TRIAL DEMANDED |
| DEPARTMENT OF NATURAL : | |
| RESOURCES AND ENVIRONMENTAL : | |
| CONTROL, : | |
| : | |
| Defendant. : | |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of the following people on Wednesday, June 28 in the offices of Margolis Edelstein at 1509 Gilpin Avenue, Wilmington, Delaware as follows:

10:00 a.m.      Merrilyn Ramsey

01:00 p.m.      Karl Kalbacher

MARGOLIS EDELSTEIN

_/s/ Jeffrey K. Martin_

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff Ann L. Breslin

Dated: June 23, 2006