IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN, | : |
| | : |
| Plaintiff, | : |
| | : C.A. NO. 05-290 (JJF) |
| v. | : |
| | : |
| STATE OF DELAWARE | : JURY TRIAL DEMANDED |
| DEPARTMENT OF NATURAL | : |
| RESOURCES AND ENVIRONMENTAL | : |
| CONTROL, | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on June 23, 2006, I electronically filed *Notice of Deposition of Merrilyn Ramsey and Karl Kalbacher* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Valerie S. Csizmadia, DAG
Department of Justice
102 West Water Street
Dover, DE 19904-6750

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff Ann L. Breslin

Dated: June 23, 2006