IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANN L. BRESLIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 05-290 (JJF) |
| v. | : | |
| | : | |
| STATE OF DELAWARE | : | JURY TRIAL DEMANDED |
| DEPARTMENT OF NATURAL | : | |
| RESOURCES AND ENVIRONMENTAL | : | |
| CONTROL, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on July 18, 2006, I electronically filed *Plaintiff's Response to Defendant's First Set of Interrogatories* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Valerie S. Csizmadia, DAG
Department of Justice
102 West Water Street
Dover, DE 19904-6750

                                          MARGOLIS EDELSTEIN

                                          /s/ Lori A. Brewington
                                          Jeffrey K. Martin, Esquire (#2407)
                                          Lori A. Brewington, Esquire (#4522)
                                          1509 Gilpin Avenue
                                          Wilmington, Delaware 19806
                                          (302) 777-4680 phone
                                          (302) 777-4682 facsimile
                                          jmartin@margolisedelstein.com
                                          lbrewington@margolisedelstein.com
                                          Attorneys for Plaintiff Ann L. Breslin

Dated: July 18, 2006