IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN,  :  <br>  : <br> **Plaintiff,** : <br>  : C.A. NO. 05-290 (JJF) <br> v. : <br>  : <br> STATE OF DELAWARE : JURY TRIAL DEMANDED <br> DEPARTMENT OF NATURAL : <br> RESOURCES AND ENVIRONMENTAL : <br> CONTROL, : <br>  : <br> **Defendant.** : | |

## NOICE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on July 24, 2006, I electronically filed *Plaintiff's First Set of Document Requests Directed to Defendant* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Valerie S. Csizmadia, DAG
Department of Justice
102 West Water Street
Dover, DE 19904-6750

MARGOLIS EDELSTEIN

_/s/ Lori A. Brewington_

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff Ann L. Breslin

Dated: July 24, 2006