## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

ANN L. BRESLIN,             :

     Plaintiff,           :

                       :     **C.A. NO. 05-290 (JJF)**

       v.               :

                       :

**STATE OF DELAWARE**     :     **JURY TRIAL DEMANDED**
**DEPARTMENT OF NATURAL**  :
**RESOURCES AND ENVIRONMENTAL**:
**CONTROL,**              :

                       :

     Defendant.         :

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on July 27, 2006, I electronically filed *Plaintiff's Amended Response to Defendant's First Set of Interrogatories* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Valerie S. Csizmadia, DAG
Department of Justice
102 West Water Street
Dover, DE 19904-6750

                             MARGOLIS EDELSTEIN

                             Jeffrey K. Martin, Esquire (#2407)
                             Lori A. Brewington, Esquire (#4522)
                             1509 Gilpin Avenue
                             Wilmington, Delaware 19806
                             (302) 777-4680 phone
                             (302) 777-4682 facsimile
                             jmartin@margolisedelstein.com
                             lbrewington@margolisedelstein.com
                             Attorneys for Plaintiff Ann L. Breslin

Dated: July 27, 2006