IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF DELAWARE<br>DEPARTMENT OF NATURAL<br>RESOURCES AND ENVIRONMENTAL<br>CONTROL,<br><br>    Defendant. | :<br>:<br>:<br>:   C.A. NO. 05-290 (JJF)<br>:<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on July 31, 2006, I electronically filed *Plaintiff's Motion to Partially Amend Scheduling Order* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Valerie S. Csizmadia, DAG
Department of Justice
102 West Water Street
Dover, DE 19904-6750

                                              MARGOLIS EDELSTEIN

                                              */s/ Lori A. Brewington*
                                              Jeffrey K. Martin, Esquire (#2407)
                                              Lori A. Brewington, Esquire (#4522)
                                              1509 Gilpin Avenue
                                              Wilmington, Delaware 19806
                                              (302) 777-4680 phone
                                              (302) 777-4682 facsimile
                                              jmartin@margolisedelstein.com
                                              lbrewington@margolisedelstein.com
                                              Attorneys for Plaintiff Ann L. Breslin

Dated: July 31, 2006