IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN | : |
| Plaintiff | : |
| v. | : Civil Action No. 05-290 GMS |
| STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES | : |
| | : |
| Defendant | : |

# O R D E R

WHEREAS, on July 31, 2006, the plaintiff filed a motion to partially amend the scheduling order (D.I. 39);

WHEREAS, on August 1, 2006, the defendant filed a letter objecting to the motion to partially amend the scheduling order (D.I. 40).

IT IS HEREBY ORDERED that:

1. Fact discovery is hereby extended to September 7, 2006; and

2. The plaintiff is directed to sign a medical authorization/release form in order to provide the previously requested discovery.

August 7, 2006

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE