IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANN L. BRESLIN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | C. A. No. 05-0290-GMS |
| | ) | |
| STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL, | ) ) ) ) | |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF DEFENDANT'S**
**MOTION FOR WHOLE OR PARTIAL SUMMARY JUDGMENT**

TO:    Lori A. Brewington, Esquire
        Margolis Edelstein
        1509 Gilpin Avenue
        Wilmington, DE 19806

    PLEASE TAKE NOTICE that Defendant's Motion for Summary Judgment will be heard at the convenience of the Court.

                                    STATE OF DELAWARE
                                    DEPARTMENT OF JUSTICE

Dated: August 28, 2006                /s/Valerie S. Csizmadia
                                    Valerie S. Csizmadia, I.D. No. 3937
                                    Deputy Attorney General
                                    102 W. Water Street, 3rd Floor
                                    Dover, Delaware 19904
                                    (302) 739-4636
                                    Attorney for DNREC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN,            )<br>            Plaintiff,     )<br>                              )<br>v.                          )<br>                              )<br>STATE OF DELAWARE, DEPARTMENT )<br>OF NATURAL RESOURCES AND   )<br>ENVIRONMENTAL CONTROL,    )<br>                              )<br>            Defendant.    ) | C.A. No. 05-290-GMS<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, State of Delaware, Department of Natural Resources & Environmental Control moves for Summary Judgment on the following bases set out in the accompanying brief because there are no issues of material fact and Defendant is entitled to judgment as a matter of law.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

Dated: August 28, 2006

/S/
Valerie S. Csizmadia, I.D. No. 3937
Deputy Attorney General
102 W. Water Street, 3rd Floor
Dover, DE 19904
(302) 739-4636
Attorney for State of Delaware DNREC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANN L. BRESLIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-290 (GMS) |
| | ) | |
| STATE OF DELAWARE, DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL, | ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
|     Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I, Valerie S. Csizmadia, do hereby certify that on August 28, 2006, I electronically filed the Notice of Defendant's Motion for Summary Judgment and Supporting Brief and it electronically to Plaintiff's attorney at the following address:

    Lori A. Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE   19806

                                          STATE OF DELAWARE
                                          DEPARTMENT OF JUSTICE

Dated: August 28, 2006                      /s/Valerie S. Csizmadia
                                                    Valerie S. Csizmadia, I.D. No. 3937
                                                      Deputy Attorney General
                                                      102 W. Water Street, 3rd Floor
                                                      Dover, Delaware   19904
                                                      (302) 739-4636
                                                      Attorney for DNREC