IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN,<br>       Plaintiff,<br><br>v.<br><br>STATE OF DELAWARE, DEPARTMENT<br>OF NATURAL RESOURCES AND<br>ENVIRONMENTAL CONTROL,<br><br>       Defendant. | )<br>)<br>)<br>)   C.A. No. 05-290 (GMS)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**AMENDED CERTIFICATE OF SERVICE
AND NOTICE OF FILING OF PAPER COPY**

I, Valerie S. Csizmadia, do hereby certify that despite my serious efforts I was unable to electronically file and serve the Appendix to Defendant's Motion and Supporting Brief today, on August 28, 2006, as the filing system has rejected the filing due to size, and I have been unable to reduce the size of the file sufficiently. I did, however, electronically file the Motion and Brief (which I will be re-filing to correct errors). Further, I will ensure that a paper copy of the Appendix is filed tomorrow, August 29, 2006, and served tomorrow on counsel for Plaintiff's attorney at the following address:

    Lori A. Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE   19806

                                            STATE OF DELAWARE
                                            DEPARTMENT OF JUSTICE

Dated:  August 28, 2006                       /s/Valerie S. Csizmadia
                                                        Valerie S. Csizmadia, I.D. No. 3937
                                                          Deputy Attorney General
                                                          102 W. Water Street, 3rd Floor
                                                          Dover, Delaware   19904
                                                          (302) 739-4636
                                                          Attorney for DNREC