# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-0290-GMS |
| | ) |
| STATE OF DELAWARE | ) |
| DEPARTMENT OF NATURAL | ) |
| RESOURCES & ENVIRONMENTAL | ) |
| CONTROL, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF DEFENDANT'S
## RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

TO:    Lori A. Brewington, Esquire
       Margolis Edelstein
       1509 Gilpin Avenue
       Wilmington, DE 19806

   PLEASE TAKE NOTICE that Defendant's Responses to Plaintiff's First Set of Interrogatories was served on Plaintiff's Attorney by mail on September 7, 2006.

                                    STATE OF DELAWARE
                                    DEPARTMENT OF JUSTICE


Dated: September 7, 2006            /s/Valerie S. Csizmadia
                                    Valerie S. Csizmadia, I.D. No. 3937
                                    Deputy Attorney General
                                    102 W. Water Street, 3rd Floor
                                    Dover, Delaware 19904
                                    (302) 739-4636
                                    Attorney for DNREC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANN L. BRESLIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-290 (GMS) |
| | ) | |
| STATE OF DELAWARE, DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL, | ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
|     Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Valerie S. Csizmadia, do hereby certify that on September 7, 2006, I electronically filed the Certificate of Service of Defendant's Responses to Plaintiff's First Set of Interrogatories and deposited the discovery materials in the mail to Plaintiff's attorney at the following address:

    Lori A. Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE   19806

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

Dated:  September 7, 2006          /s/Valerie S. Csizmadia
    Valerie S. Csizmadia, I.D. No. 3937
    Deputy Attorney General
    102 W. Water Street, 3rd Floor
    Dover, Delaware   19904
    (302) 739-4636
    Attorney for DNREC