# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN,                )<br>                                            )<br>    Plaintiff,              )<br>                                            )<br>        v.                           )<br>                                            )<br>STATE OF DELAWARE      )<br>DEPARTMENT OF NATURAL )<br>RESOURCES & ENVIRONMENTAL )<br>CONTROL,                      )<br>                                            )<br>    Defendant.            ) | C. A. No. 05-0290-GMS |

## NOTICE OF SERVICE OF DEFENDANT'S
## RESPONSES TO PLAINTIFF'S FIRST SET OF DOCUMENT REQUESTS

TO:   Lori A. Brewington, Esquire
       Margolis Edelstein
       1509 Gilpin Avenue
       Wilmington, DE  19806

   PLEASE TAKE NOTICE that Defendant's Responses to Plaintiff's First Set of Document Requests was served on Plaintiff's Attorney by mail on September 7, 2006.

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE


Dated: September 7, 2006         /s/Valerie S. Csizmadia
                                        Valerie S. Csizmadia, I.D. No. 3937
                                        Deputy Attorney General
                                        102 W. Water Street, 3rd Floor
                                        Dover, Delaware  19904
                                        (302) 739-4636
                                        Attorney for DNREC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN,                      )<br>          Plaintiff,                 )<br>                                      )<br>     v.                              )<br>                                      )<br>STATE OF DELAWARE, DEPARTMENT  )<br>OF NATURAL RESOURCES AND        )<br>ENVIRONMENTAL CONTROL,          )<br>                                      )<br>          Defendant.                 ) | C.A. No. 05-290 (GMS)<br><br>**JURY TRIAL DEMANDED** |

### CERTIFICATE OF SERVICE

I, Valerie S. Csizmadia, do hereby certify that on September 7, 2006, I electronically filed the Certificate of Service of Defendant's Responses to Plaintiff's First Set of Document Requests and deposited the discovery materials in the mail to Plaintiff's attorney at the following address:

    Lori A. Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE   19806

                            STATE OF DELAWARE
                            DEPARTMENT OF JUSTICE

Dated:  September 7, 2006            /s/Valerie S. Csizmadia
                                            Valerie S. Csizmadia, I.D. No. 3937
                                            Deputy Attorney General
                                            102 W. Water Street, 3rd Floor
                                            Dover, Delaware   19904
                                            (302) 739-4636
                                            Attorney for DNREC