# BRESLIN INDEX

| 1 | Delaware Department of Natural Resources & Environmental Control ("DNREC") Sections and Branches | (B-0001) |
|---|---|---|
| 2 | State of Delaware Environmental Science Series Class Series Description | (B-0004) |
| 3 | DNREC Memorandum from Karl Kalbacher dated November 13, 1996 re Request for Advance Promoton for Competitive Hire of Ann L. Breslin | (B-0015) |
| 4 | DNREC Memorandum from Karl Kalbacher dated December 10, 1006 re Ann Breslin Advance Hire Request | (B-0018) |
| 5 | February 11, 2003 letter from Ann Breslin to E. Alex Rittberg of DNREC | (B0028) |
| 6 | DNREC Memorandum from Christophe A.G. Tuiou dated October 9, 1996 re Advanced Promotion | (B-0029) |
| 7 | DNREC Memorandum from Paul Will dated May 17, 2001 re Advanced Hire Request for Ann Breslin | (B-0030) |
| 8 | DNREC Memorandum from Marjorie Crofts dated May 31, 2001 re Advanced Hire Request for Ann Breslin | (B0036) |
| 9 | DNREC Memorandum from Christina Wirtz dated December 5, 2001 re Advanced Hire Request for Ann Breslin | (B-0037) |
| 10 | DNREC Confidential Memorandum from John Blevins dated December 10, 2001 re Review of Previous Advanced Hire REqeust for Ann Breslin | (B-0044) |
| 11 | Memorandum from Ann Breslin dated March 19, 2002 | (B-0051) |
| 12 | Email from Christina Wirtz dated June 28, 2002 | (B-0052) |
| 13 | Email from Ann Breslin dated July 24, 2002 | (B-0053) |
| 14 | Email from Ann Breslin dated July 30, 2002 | (B-0054) |
| 15 | DNREC Memorandum from Merrilyn Ramsey dated August 16, 2002 | (B-0055) |
| 16 | Delaware Department of Labor Charge of Discrimination dated September 24, 2002 | (B-0057) |
| 17 | Equal Employment Opportunity Commission Notice of Right to Sue dated February 14, 200? | (B-0060) |
| 18 | DNREC Step 2 Hearing Decision dated November 22, 2002 | (B-0061) |
| 19 | DNREC Step Three Grievance Decision dated February 6, 2003 | (B-0063) |
| 20 | Deposition transcript of Ann Breslin dated April 12, 2006 | (B-0067) |
| 21 | Deposition transcript of Keith Robertson dated June 26, 2006 | (B-0104) |
| 22 | Deposition transcript of Paul Will dated June 23, 2006 | (B-0115) |
| 23 | Deposition transcript of Alexander Rittberg dated June 23, 2006 | (B-0132) |
| 24 | Deposition transcript of Karl Kalbacher dated June 28, 2006 | (B-0150) |
| 25 | State of Delaware Merit Rules Effective January 1, 2004 | (B-0185) |
| 26 | DNREC Memorandum from Jamie Rutherford dated September 13, 1996 re Additional information for Justification of Applicable Work Experience for Advance Promotion of Keith Robertson | (B-0187) |