

### STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:    Civil Kent County Environmental Unit

October 26, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
844 North King Street, Rm. 4209
Lock Box 19
Wilmington, DE   19801

Re:  <u>Breslin v. Delaware Dept. of Natural Resources & Environmental Control</u>

Your Honor:

    The parties have resolved this matter and anticipate filing documents to conclude the litigation in the near future.  For that reason, the State will not file the Reply Brief on its Summary Judgment Motion that was due today.

                                                   Sincerely,

                                           Valerie S. Csizmadia
                                           Deputy Attorney General

*VSC/jrm/I/502-20*

xc:  Lori Brewington, Esquire
      Environmental Unit