## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

December 20, 2006

TO:    Counsel

RE:    Breslin v. Delaware Dept. of Natural Resources, etc.
         Civil Action No. 05-290 GMS

Dear Counsel:

      On October 26, 2006, the court was advised that this case had settled. Please submit a status report or a stipulation of dismissal, via electronic case filing, no later than January 5, 2007.

      Thank you.

                                  Very truly yours,

                                  /s/

                                  Marie McDavid
                                  Case Manager to Judge Gregory M. Sleet