IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN L. BRESLIN, : | |
| : | |
| Plaintiff, : | |
| : | C.A. NO. 05-290 (GMS) |
| v. : | |
| : | |
| STATE OF DELAWARE : | JURY TRIAL DEMANDED |
| DEPARTMENT OF NATURAL : | |
| RESOURCES AND ENVIRONMENTAL : | |
| CONTROL, : | |
| : | |
| Defendant. : | |

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** this 14th day of March 2007 by and between the parties to this action, through the undersigned counsel and subject to approval by the Court, that the Complaint in this action against the State of Delaware Department of Natural Resources and Environmental Control is hereby dismissed with prejudice.

| | |
|---|---|
| **MARGOLIS EDELSTEIN** | **STATE OF DELAWARE** |
| /s/ Jeffrey K. Martin, Esquire | /s/ Valerie Csizmadia, Esquire |
| Jeffrey K. Martin, Esquire | Valerie Csizmadia, Esquire |
| Lori A. Brewington, Esquire | Department of Justice |
| 1509 Gilpin Avenue | 102 West Water Street |
| Wilmington, Delaware 19806 | Dover, Delaware 19904 |

DATED:    March 14, 2007